IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESUS SIERRA,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| vs. | : | **NO. 13-6264** |
| | : | |
| **MARIROSA LAMAS, et al.,** | : | |
| Respondents | : | |

## O R D E R

**AND NOW,** this 7th day of July, 2015, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Richard A. Lloret, IT IS HEREBY ORDERED that:

1. Upon *de novo* review, the petitioner's Objections are OVERRULED.

2. The petition for writ of *habeas corpus* is DENIED with prejudice.

3. The Report and Recommendation is APPROVED and ADOPTED.

4. There is no probable cause to issue a certificate of appealability.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.